

# Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-85-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 6/25/2018 3:28:53 PM
Transaction ID: 14005

[Request New Judge]   [Return]