

JUN 25 2018

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                                              3:18-cr-85-DJH

**BINGSTON CROSBY**
**LACY BLACK**                                                    DEFENDANTS

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorneys Joseph Ansari and Lettricea Jefferson-Webb hereby enter their appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Joseph Ansari
Lettricea Jefferson-Webb
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6253
FAX:   (502) 582-5067
Email: joseph.ansari@usdoj.gov
       lettricea.jefferson-webb@usdoj.gov