AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 1 1 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18CR-85-DJH |
| Bing Crosby | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____

Date: _____

*Attorney's signature*

Brian Butler 85800
*Printed name and bar number*

600 West Main St, Suite 500
Louisville, KY 40202
*Address*

brian.butleresq@gchao.com
*E-mail address*

594-1802
*Telephone number*

584-1212
*FAX number*