**FILED**

VANESSA L. ARMSTRONG, CLERK

JUL 1 1 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                          CRIMINAL ACTION NUMBER: 3:18CR-85-DJH

_____Bing Crosby_____                                                        DEFENDANT

## ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desire counsel to be appointed, do hereby, in open Court voluntarily waive appointment of counsel.

Date: _____7-11-18_____

_____
Defendant

_____
Defense Counsel