```
                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF KENTUCKY
                         AT LOUISVILLE
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:18CR-85-DJH

BINGSTON CROSBY                                             DEFENDANT

<u>MOTION TO DECLARE CASE COMPLEX</u>
*ELECTRONICALLY FILED*

Comes the defendant Bingston Crosby, by counsel Brian Butler, and hereby moves this Court to declare this case complex. In support of the motion, Bingston Crosby states as follows:

The Indictment alleges a health care fraud beginning November 1, 2015 through November 1, 2017. The Indictment charges multiple counts of health care fraud and mail fraud. The discovery tendered is approximately 14,000 pages. Given the complexity of health care fraud and the volume of discovery, the undersigned submits that this is a very complex case.

WHEREFORE, the undersigned requests that the Court enter the attached Order declaring this matter complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).

Respectfully submitted,

/S/ Brian Butler

BRIAN BUTLER
Dathorne & Butler, LLC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 594-1802

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Joe Ansari, AUSA

Respectfully submitted,

/S/ Brian Butler

BRIAN BUTLER