```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                           AT LOUISVILLE
```

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:18CR-85-DJH

BINGSTON CROSBY                                                 DEFENDANT

*****

## **ORDER**

     Defendant Bingston Crosby, by counsel, having moved to declare this matter complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), and the Court being sufficiently advised,

     IT IS HEREBY ORDERED that the Motion to Declare Case Complex is GRANTED.