**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:18:CR-85-DJH**
**UNITED STATES OF AMERICA,**                                          **PLAINTIFF,**


**vs.**


**LACY BLACK**                                                      **DEFENDANT.**


## MOTION TO JOIN CO-DEFENDANT'S MOTION TO DECLARE CASE COMPLEX

COMES the defendant, Lacy Black, and makes this motion to join the motion of the co-defendant to declare the case complex. The case involves health care fraud and the discovery is very voluminous.

Lacy Black by and through undersigned counsel, also requests this Honorable Court enter an order declaring this matter complex pursuant to 18 U.S.C. section 3161(h) (8) (B) (ii).

WHEREFORE, counsel seeks to join the motion of the co-defendant and moves this Honorable  Court to declare the case complex.

.

OFFICE OF THE
FEDERAL DEFENDER
200 THEATRE BUILDING
629 FOURTH AVENUE
LOUISVILLE, KY 40202

TEL (502) 584-0525
FAX (502) 584-2808

1

/s Laura R. Wyrosdick
Assistant Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I certify that on the 8th day of August 2018, a copy of the foregoing motion was served on the United States by e-filing a copy to Assistant United States Attorney, Joe Ansari, 770 Broadway, Louisville, Kentucky 40202.

/s Laura R. Wyrosdick

OFFICE OF THE
FEDERAL DEFENDER
200 THEATRE BUILDING
629 FOURTH AVENUE
LOUISVILLE, KY 40202

TEL (502) 584-0525
FAX (502) 584-2808

2