**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:18:CR-85-DJH**
**UNITED STATES OF AMERICA,**                                        **PLAINTIFF,**

**vs.**

**LACY BLACK**                                                          **DEFENDANT.**

**ORDER**

This court, having moved to join the motion of co-defendant to declare the case complex and this court being duly advised in the premises, finds as follows and enters this order;

**IT IS HEREBY ORDERED** that the Motion to Join the Co-Defendant's Motion to Declare Case Complex is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that the case is declared complex.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808