UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:18-cr-85-DJH |
| BINGSTON CROSBY and<br>LACY BLACK, | Defendants. |

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on August 9, 2018, with the following counsel participating:

>For the United States:     Lettricea Jefferson-Webb
>
>For Defendant Crosby:     Brian Butler
>
>For Defendant Black:     Laura Wyrosdick

The Court and counsel discussed the procedural posture of the case. Defendant Crosby moves to continue the trial of this matter and declare the case complex. (Docket No. 22) Defendant Black has moved to adopt the motion (D.N. 23). The United States does not object to either motion. During the conference, counsel confirmed that discovery, which has only recently been provided, is approximately 13,000 pages in length. Counsel also indicated that expert testimony may be necessary. Based on these facts, the Court finds it appropriate to continue the trial and declare the case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

    **ORDERED** as follows:

    (1)     Crosby's motion to continue the trial of this matter and declare the case complex (D.N. 22) and Black's motion to adopt (D.N. 23) are **GRANTED**.

(2)   The trial of this matter, currently scheduled for September 4, 2018, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(3)   This matter is set for a telephonic status conference on **October 23, 2018, at 1:30 p.m.** The Court anticipates setting a trial date and pretrial schedule at that time. Counsel shall confer in advance regarding the potential length of the trial and an appropriate pretrial schedule. The Court will initiate the call. Participating counsel shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov with their preferred contact numbers no later than 5:00 p.m. on **October 22, 2018**. Counsel are advised that participation by cellular phone is not permitted.

(4)   The Court finds that this case is complex, due to the nature of the prosecution, extensive discovery, and potential for expert witnesses. It is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).

(5)   Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that the **period of delay from September 4, 2018 to October 23, 2018 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.

August 10, 2018

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/15
Court Reporter: Dena Legg

cc: Jury Administrator