UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                         Plaintiff,

v.                                       Criminal Action No. 3:18-cr-85-DJH

BINGSTON CROSBY and
LACY BLACK,                                                     Defendants.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on October 23, 2018, with the following counsel participating:

| | |
|---|---|
| For the United States: | Joe Ansari |
| | Lettricea Jefferson-Webb |
| For Defendant Crosby: | Brian Butler |
| For Defendant Black: | Laura Wyrosdick |

The Court and counsel discussed the procedural posture of the case.  Discovery has been tendered.  The Court and counsel discussed the necessity of an additional status conference.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     This matter is set for a status conference on **November 20, 2018, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.  Counsel shall confer in advance regarding the potential length of the trial and an appropriate pretrial schedule.

(2)     The Court, having previously declared the case complex (Docket No. 24), pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), further finds

1

that the **period of delay from September 4, 2018 to November 20, 2018 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.

October 23, 2018

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/10
Court Reporter: Dena Legg

2