UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                            CRIMINAL ACTION NO. 3:18CR-85-DJH

BINGSTON CROSBY                                             DEFENDANT

## UNOPPOSED MOTION TO CONTINUE SENTENCING
*ELECTRONICALLY FILED*

Comes the defendant Bingston Crosby, by counsel Brian Butler, and hereby moves this Court to continue his sentencing for approximately 2 months. In support of the motion, Bingston Crosby states as follows:

Dr. Crosby had bilateral knee replacement surgeries on February 22, 2019. On February 25th, he was transferred inpatient to Frazier Rehab Institute. Dr. Matthew Adamkin estimates he will remain inpatient for one to two weeks. Upon discharge, he estimates an additional 4-6 weeks of outpatient rehabilitation therapy. *See attached letter from Dr. Adamkin.* Given his current medical situation, we would respectfully request a two month continuance.

Yesterday, the undersigned spoke to the Honorable Joe Ansari, the assigned prosecutor, who kindly stated that he had no objection to our motion.

WHEREFORE, the undersigned requests that the Court enter the attached Order continuing the sentencing for approximately 2 months.

Respectfully submitted,

/S/ Brian Butler

BRIAN BUTLER
Dathorne & Butler, LLC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 594-1802

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Hon. Joe Ansari, AUSA

Respectfully submitted,

/S/ Brian Butler

BRIAN BUTLER