```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                           AT LOUISVILLE
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:18CR-85-DJH

BINGSTON CROSBY                                             DEFENDANT

*****

## **ORDER**

    Defendant Bingston Crosby, by counsel, having moved to continue the sentencing, and the Court being sufficiently advised,

    IT IS HEREBY ORDERED that the Motion to Continue is GRANTED.

    IT IS FURTHER ORDERED that the new sentencing date is _____, 2019 at _____.