

**KentuckyOne Health®**
**Frazier Rehab Institute**

220 Abraham Flexner Way
Louisville, KY 40202
P 502.582.7400
F 502.582.7477
www.kentuckyonehealth.org

February 26, 2019

This is in regard to my patient, Mr. Bingston Crosby (DOB: 02/23/42). Mr. Crosby was admitted to Jewish Hospital, Louisville KY on February 22, 2019, at which time, he had bilateral knee replacement surgeries. On February 25, he transferred to us at Frazier Rehab Institute. He is receiving intense physical and occupational therapies here, as well as medical care. We anticipate that Mr. Crosby will be with us for 1-2 weeks. Once discharged home, we expect that he will require ongoing therapy on an outpatient basis for approximately 4-6 weeks. Thank you for any accommodations you are able to provide for him during his recovery.

Sincerely,

*[signature]*

Matthew Adamkin, MD

Frazier Rehab Institute

(502) 899-3623