UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:18-cr-085-DJH

BINGSTON CROSBY,　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

## ORDER

The Defendant, Bingston Crosby, filed a document (DN 35-1) which contains the following personal data identifier(s):

DATES OF BIRTH (Only the year of birth may be identified)

HOME ADDRESSES (Only the city and state may be identified)

Pursuant to Fed. R. Crim. P. 49.1, the personal data identifier(s) must be redacted.

Accordingly, the Clerk of Court is **DIRECTED to RESTRICT electronic access to this document (DN 35-1)** to Court users and participants in the case**.**

**IT IS ORDERED** that the Defendant shall file a motion to seal the document or a motion seeking leave to file a redacted version of the document along with a copy of the redacted version within **7 days** of the entry date of this Order.

**IT IS FURTHER ORDERED** that if the Defendant files a motion seeking leave to file a redacted version of the document, the motion will be **GRANTED**, and the Clerk will replace the document containing personal identifiers with the redacted version.

Date:   March 5, 2019

　　　　　　　　　　　　　　　ENTERED BY ORDER OF COURT
　　　　　　　　　　　　　　　VANESSA L. ARMSTRONG, CLERK
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　WESTERN DISTRICT OF KENTUCKY

　　　　　　　　By:　　　*/s/ Natalie W. Thompson*
　　　　　　　　　　　　　Natalie W. Thompson, Deputy Clerk

cc:　　Counsel of record