UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:18CR-85-DJH

BINGSTON CROSBY                                                  DEFENDANT

<u>MOTION TO FILE A REDACTED SENTENCING MEMORANDUM</u>
*ELECTRONICALLY FILED*

Comes the defendant Bingston Crosby, by counsel Brian Butler, and hereby moves this Court to permit the undersigned to file a redacted sentencing memorandum. In support of the motion, Bingston Crosby states as follows:

The Court Ordered the undersigned to file a redacted sentencing memorandum. Pursuant to the Court's Order, the undersigned respectfully requests the Court to permit a redacted sentencing memorandum to replace the previously filed document.

                                               Respectfully submitted,

                                               /S/ Brian Butler

                                               BRIAN BUTLER
                                               Dathorne & Butler, LLC
                                               600 West Main Street, Suite 500
                                               Louisville, Kentucky 40202
                                               (502) 594-1802

CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Hon. Joe Ansari, AUSA

                              Respectfully submitted,

                              /S/ Brian Butler
                              _____
                              BRIAN BUTLER