```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                            AT LOUISVILLE
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CRIMINAL ACTION NO. 3:18CR-85-DJH

BINGSTON CROSBY                                             DEFENDANT

*****

### ORDER

Defendant Bingston Crosby, by counsel, having moved to file a redacted sentencing memorandum, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to File a Redacted Sentencing Memorandum is GRANTED.