# U of L Physicians

ULP Neurology
401 E Chestnut Street Suite 510
Louisville, KY 40202
Phone:(502) 589-0802/Fax:(502) 588-4801

**MRN:** 10000984701
**Encounter Date:** 12/04/2018 10:00AM
**Patient Information**
Dorothy Crosby
9300 OLD BARDSTOWN ROAD
LOUISVILLE, KY 40291
**DOB:** 08/06/1944
**Phone:** (H) (502) 969-3121

Mrs. Crosby, DOB 8/6/1944, was seen by our practice for an initial evaluation of her memory difficulties on October 31, 2018. Standard assessments were completed for evaluation of her memory including, a detailed history, laboratory tests and brain MRI. Dr. Robert Friedland, Director of the Cognitive Disorders Program, diagnosed late onset Alzheimer Disease. Dementia, including Alzheimer Disease, is a progressive neurodegenerative disease of the brain that reduces an individual's cognitive (awareness, perception, reason, judgment, thinking, memory, speech, emotions) and physical abilities to safely and independently care for themselves. Because of the cognitive changes resulting from the diagnosis, Mrs. Crosby is unable to make informed, sound decisions and requires 24-hour supervision. Mr. Crosby was present for both appointments, provided helpful information, asked thoughtful questions, and was attentive to Mrs. Crosby. Please call our office with questions.

Sincerely,

Robert Friedland, MD

Cathy Bays, APRN

Printed By: Cathy Bays     1 of 1     12/4/18 11:24:42 AM

**EXHIBIT 1**