February 10, 2019

To Whom This May Concern:

It is my pleasure to offer this letter on behalf of Dr. Bing Crosby.  He is better known to me as Doc; I have gotten to know him on the professional and personal level over the past twenty-five years.  I met Doc and his wonderful wife, Dorothy, in church when I was just a child.  My mom and Dorothy have been very good friends for as long as I can remember.

Doc and Dorothy have always been exceptional.  Whether they were praying for someone, singing in the choir (as I remember Doc doing when I was so small), volunteering both their time and treasures to help grow the church or the new vision of the Christian School (Valor).  These are my memories of their characters as a young girl, but as I grew I began competitive gymnastics and cheerleading.  I really struggled with my back as I entered high school.  I was a base (which meant I caught the girls flying in the air) and I did acrobatic tumbling which caused me a lot of back pain.  I would see Doc daily or every other day all throughout my high school career.  He kept me walking as I would tell anyone who would listen.  He would squeeze me in his already busy day to make sure I was okay.  I have been to his house to be adjusted and he has come in on his days off to make sure I was okay.  I don't know what I would have done without him during those years.  He truly was an angel.

As I reflect on my relationship of him, I realize this speaks to his character.  He is an angel.  I know I have sent friends to him and he helps them the same way.  He has also helped me gain some knowledge of horses.  My husband and I have a child who has struggled with his development.  We were introduced to horse therapy (hippotherapy) several years ago and Doc was able to give me knowledge (and increase my trust) as I was extremely nervous to have my 3 year old (who didn't have many words and would have a tantrum when he didn't want to do something) mount a horse.  I understood that the horses were trained, but the horse is still an animal and animals can be very unpredictable.  Doc assured me the horses and the staff wouldn't let anything happen.  It has been amazing to watch our son grow through the hippotherapy.

As I write this, I think about all the instances where Doc has assisted me and my family.  I would be more than happy to speak with you about our relationship.  Doc is a rare gem and I have been blessed to call him my friend.

Best regards,

Charlotte VanHimbergen

502.741.6063

EXHIBIT

2

January 30, 2019

To:  Brian Butler

From:  Joseph Kuzemchak

Subject:  Reference for Dr. Bing Crosby


It is my pleasure to write this character reference for Dr. Bing Crosby.  I have known Bing for about ten years.  I am married to his niece, Kelly.  In these years, I have observed that he is a hard worker in all he does.  He is a loving and compassionate husband, father, grandfather and uncle.  He is always there to lend a hand to his family and friends.  As is human nature, we all make decisions that turn out to be the wrong ones.  Whatever the problem, I am sure Bing is sorry.


Sincerely,

Joseph Kuzemchak
5132 Sydney Avenue
Highlands Ranch, CO  80130
814-880-8795

01-23-2019

I am writing regarding Dr. Bing Crosby.  I have known Dr. Crosby for fifteen years.  I was impressed after getting to know him.  He is always willing to help people, from giving them a ride home to helping with their electric bill in the winter when they couldn't pay their bill.

I have seen Dr. Crosby drive into the office on the weekend to treat patients who have called and hurt themselves.  There aren't many people in this day and age that will go out of their way to disrupt their busy personal life to take the time and make that trip to the office.  He stays late for patients who have a job and can't leave work early and comes in early for those patients who need to come in early, due to their work schedule.  I have many patients come to me and say that Dr. Crosby saved their life, as the patient couldn't hardly walk before coming to his office and getting treatment.  Other patients tell me that they were able to avoid surgery, because of the care Dr. Crosby was able to provide to them.

I am always amazed at the care Dr. Crosby's patient received at the office.  It never mattered what their insurance was or if they were a self-pay patient.  They all received the care they needed from the history and exam to X-rays, traction, electrical stimulation, ultrasound, hydrotherapy, to adjustments and much more.

Dr. Crosby is always attending seminars to better his practice and be able to offer the most state-of-the-art equipment and procedures for his patient's, including but not limited to the pro-adjuster, a computerized adjusting tool.  With this tool he is able to safely treat patients with osteoporosis, and patients who can't handle manual adjusting.

I am always impressed when he refers a patient out for an MRI either before he starts a treatment program or shortly after due to concerns, that there may be another reason the patient is having this particular pain.  In several cases that I am aware of the MRI showed results of cancer and the patient was immediately referred to their primary care doctor.  These decisions made by Dr. Crosby puts him in a class above most practioner's today, allowing the patient to get immediate care which may have been missed had he not made that clinical decision when he did, thus giving the patient the knowledge and ability to be treated and go on enjoying their life.

Dr. Crosby truly cares about his patients, family and friends and I am proud to work with him, one practioner to another.

I also understand that Dr. Crosby has made some poor business decisions in the past few years.  I hope and pray that you will take into consideration the world of help this man has given to his patients, family and friends over the past fifty years.

Sincerely,

Dr. Dawn Wieteldt, DC

December 31, 2018


I am writing this letter on behalf of my friend, my chiropractor Dr. Bing Crosby.

I started being treated by Dr. Crosby approximately twenty years ago. At my first visit I was in so much pain from bulging disks it hurt to stand or do about anything.

I didn't have a job or insurance at the time and I feared not having the money to receive the treatments I needed.
To my extreme surprise this kind hearted man said he would treat me at NO cost out of my pocket. He only asked that I would have a letter at the end of the year stating he had donated his services.
All I could do was cry right there in the office because of the kindness from him and his wonderful staff.

Over the course of these twenty years he and his staff have always been kind and caring.  Many times "Doc" would give a donation to our grandchildren for their Bible Quiz teams or purchase pumpkin rolls from me to give as gifts to his patients at Christmas time because he knew it was for a fund raiser for my church.

Dr. Crosby has always acted professional and respectful.  I truly appreciate the care he has shown to me and my family.
I don't know him to be any other way.


Sincerely,

Dianna L. Dummitt

DR CROSBY IS BY FAR THE KINDEST DOCTOR I HAVE EVER HAD HE LISTENS TO ME AND TAKES
THE TIME TO REALLY HELP ME I WOULD RECOMMEND HIM TO ANYONE AND BELIEVE HE IS A
REAL ASSET TO HIS PROFFESSION

*Paulina Weinscott*

TO WHOM IT MAY CONCERN

I HAVE BEEN A PATIENT OF DOCS FOR MANY YEARS. I HAVE
MULTIPLE SCLEROSIS. THERE HAVE BEEN MANY TIMES I CAME
TO SEE DOC BEING WHEELED IN IN MY CHAIR AND AFTER HIS
ADJUSTMENT AND TREATMENT COULD WALK OUT OF THE
OFFICE ON MY OWN. THERE WAS TIMES I WASNT ABLE TO PAY
AND DOC WOULD NOT CHARGE ME A DIME. HE HAS ALWAYS
BEEN VERY COMPASSIONATE TO ME AND HAS BEEN NOTHING
BUT GOOD TO ME.


JAMES HORNE

James

DEAR BRIAN BUTLER,

THIS LETTER IS IN REFERENCE TO THE CHARACTER OF DR BING CROSBY. MY HUSBAND AND I HAVE KNOWN DR CROSBY FOR OVER 50 YEARS. DURING THAT TIME, HE HAS BEEN VERY HONORABLE IN HIS PRACTICE. IF HE KNEW HE WAS UNABLE TO HELP SOMEONE WITH HIS CHIROPRACTIC SKILLS, HE WOULD BE HONEST AND SEND THE PATIENT ELSEWHERE. I KNOW THIS FIRST HAND BECAUSE I HAVE MULTIPLE SCLEROSIS. HE DID WHAT HE COULD & ADVISED ME TO SEE A NEUROLOGIST. THAT IS WHAT I MEAN BY HONORABLE. HE ALSO IS ONE OF THE KINDEST AND COMPASSIONATE PEOPLE I KNOW. HE'D OPEN UP HIS HOME TO PEOPLE HE HAD NEVER SEEN BEFORE TO GIVE THEM CHIROPRACTIC CARE. HE IS A VERY GENEROUS MAN. IN CLOSING, BECAUSE I COULD WRITE PAGES CONCERNING THIS ISSUE, I AM TRULY CONVINCED HE IS AN OUTSTANDING MEMBER OF SOCIETY AND THE WORLD IS A BETTER PLACE WITH HIM IN IT.


SINCERELY,

JOE & DEBBIE GRECCO

1

2/17/19

To Whom It May Concern:

This letter is about my dad, Dr. Bing Crosby. I would like to start out by saying my dad has always been there for me. No matter the screw up or the issue, he has stood by my side. I do hope that you would have mercy on him regarding the charges he is facing. Right or wrong, he did it to save his family. I do understand that my dad has not always been the easiest person to get along with, however he has ALWAYS taught me to do the right thing. He has ALWAYS taught me to be loyal to those who have stood by you. He has ALWAYS taught me that family values should mean something. I totally get it! However, my dad is now more than ever the primary caregiver for my mother who has Alzheimers. This aliment has taken a quite a toll on our family. I beg you to please show mercy.

I am sure you don't know the other side of my dad. He has always been the one to be forgiving. To give more than he should. Truth be told, I was always the one who said "please don't give them anything else!!". However, my dad knew they needed this or that, so he always gave more. If you could look back over his lifetime you would see my dad is a giver. He's a forgiver and he's a caregiver. I am pleading with you to please look at the last 50 years. The old saying always rings true. There is more to the man than meets the eye. Please don't judge a book by it's cover. These words have never been truer.

Sincerely,

Nicole Crosby Reason

**JEROMY S. SMITH**

**Mt. Freedom, NJ 07970**

February 1, 2019

To Whom It May Concern:

Dr. Bing Crosby has been a family friend for many years. I have known Doc as a true gentleman. He is a kind and caring man, always trying to help others and extremely attentive and loving with his family, especially his wife, Dorothy. Dorothy is one of the sweetest, kindest people I have ever met. Due to her health, she relies on her husband to care for her. As he, too, is an aging man, and in light of her failing health, I beg the court to please consider this when sentencing. I am greatly concerned that a separation could be very damaging to them both. Although I am aware of the gravity of the court's responsibility, I am very hopeful that leniency is this situation could be extended allowing him to serve sentence and remain home so that Doc could care for his wife's physical, mental and financial needs.

Thank you for your consideration.

Respectfully,

Jeromy S. Smith

**Marie Smith**
~~10 Box 459~~
**Mt. Freedom, NJ 07970**

February 1, 2019

To Whom It May Concern:

Dr. Bing Crosby has been a family friend for many years.  My family and I have known Doc to be a kind, loving, caring and helpful man. He has always, shown his wife, Dorothy great care and affection. After many years of marriage and because her health is failing, she relies on her husband to care for her, physically, mentally and financially.  I am greatly concerned for them both. Doc is in his late 70s; Dorothy's health is not good. I am concerned that separation could be of great determent to them both.  I respectfully ask the court to please consider this when sentencing.  Although I am aware a sentence must be given and that the court is faced with the responsibility of giving a just sentence, I am very hopeful that leniency in this situation could be extended. By determining such a sentence, this would allow Doc to serve a just sentence and to remain home so that he could also care and provide for his ailing wife.

Thank you for your consideration.

Respectfully,

Marie Smith

**Anna L. Nordin**
~~PO Box 454~~
**Mt. Freedom, NJ 07970**

February 1, 2019

To Whom It May Concern:

Dr. Bing Crosby has been a family friend for many years.  I have known
Doc to be a kind, caring and helpful man. He has always been a loving
family man, showing his wife, Dorothy great affection. Because her health
is failing, she relies on her husband to care for her, physically, mentally and
financially.  I am concerned that as he is in his late 70s and knowing her
health is not good, a separation could be of great determent.  I
respectfully ask the court to please consider this when sentencing.
Although I am aware a sentence must be given, I am very hopeful that
leniency in this situation could be extended allowing him to serve
sentence and remain home so that Doc could serve his time and care for
his ailing wife.

Thank you for your consideration.

Respectfully,

*Anna L. Nordin*

Anna L. Nordin

2/18/19

To Whom It May Concern,

Please let me start out by saying although my father in law and I do not always see eye to eye, I know he is a good person. I have spent the better part of 14 years with this man on a daily basis. He is kind hearted and always there to lend a helping hand. I am asking that you look at the total man. Currently, my mother in law is not in good shape. She has Alzheimers and Dr Crosby is her primary caregiver. I appreciate your consideration of all the factors.

Sincerely

Greg Reason

January 30, 2019

To:  Brian Butler

From:  Kelly S. Kuzemchak

Subject:  Reference for Dr. Bing Crosby


It is my pleasure to write this character reference for Dr. Bing Crosby.  Bing is/and has been my uncle for 38 years.  I have known him to be a hard worker in everything he does.  I have seen him as a kind and loving husband, father and grandfather.  He's always willing to lend a hand to his entire family as well as his friends.  I know we are all human and make bad decisions.  Whatever the problem Bing has, I am sure he is very sorry.  He is an asset to his church and community.


Sincerely,

Kelly S. Kuzemchak
~~5834 Sydney Avenue~~
Highlands Ranch, CO  80130
301-787-4409

12-26-2018

Dear Mr. Butler,

My name is Dale Skaggs. Dr. Bingston Crosby came to me several days ago requesting for me to write a letter of good moral character. I am very happy to oblige.

Dr. Crosby has been a client of mine for a little over a year. He has fulfilled all his obligations seemlessly. Futhermore, I find him very articulate without the use of any type of profanity.

I have all the confidence in the world that Dr Bingston Crosby is a good, upstanding, moral person and would be a great choice for any role you may see fit!

If you should have any futher questions please feel free to contact me at 1-812-498-1769.

Cordially

Dale Skaggs

1

To whom it may concern:

I am writing this on behalf of Doc Crosby.  I have known Doc now for about 6 years.  I have seen him in his office 1 time.  I am not a regular at a chiropractor's office.   Doc made me feel at ease at a time when I was in extreme pain.   As a person I have known Doc to be and up front man and a good friend.  I know others that he has Treated and have never heard anything but good things about his practice.

Thank you for your consideration

Jeremy White

To whom it may concern:


I'm writing this Letter today on behalf of "Doc" Bing Crosby.  I have Known Doc for 10 plus years and in that time he has been not only My Chiropractor,  But also a dear friend.   As my Chiropractor, he has helped me with my physical wellbeing.   I have always known Doc to put his patients in the forefront at all times.  As my friend I have seen a man with great moral integrity and character.  I consider him to be a great Chiropractor and a good friend.



Thanks for your consideration.

Joe Murphy

To whom it may concern,

I have been seeing Dr. Bing Crosby as my chiropractor for almost seven years. Dr. Bing Crosby has done wonders for my spinal health and well-being throughout those years.  Dr. Bing Crosby has training in biomechanics, rehabilitation, orthopedics, neurology, nutrition and many other fields.  Dr. Big Crosby has also treated me through an auto accident, headaches and sciatica.

In addition to knowing Dr. Bing Crosby as a chiropractic physician, I have also had the pleasure of dealing with Dr. Crosby on a professional level.  Dr. Bing Crosby is respectful and caring. I can say that it has been my privilege to know Dr. Crosby.

Respectfully,

MICHAEL A. BEAN

Dear Sir or Madam,

I am writing on behalf of Dr. Bing Crosby. Dr. Crosby has been my chiropractor for over six years. Dr. Bing Crosby has given excellent treatment steadily throughout those years.  Dr. Bing Crosby has in depth training in orthopedics, neurology, radiology, rehabilitation and nutrition just to name a few.  In addition to caring for my spinal health, Dr. Big Crosby has also nursed and treated me through a ruptured Achilles tendon, a rotator cuff surgery and an auto accident. He has treated and relieved my migraine headaches as well as my carpel tunnel.

Dr. Bing Crosby is a companionate individual. He has an excellent rapport with patients of all ages. His chiropractic knowledge allows him to evaluate me as a whole not just a page of symptoms.  I personally see many physicians for several different medical issues. Trust me when I say that it is next to impossible to find one that not only listens to my aches and pains but makes me feel at ease.  I can truly say that it is a pleasure to know Dr. Bing Crosby.

Thank you for your time and understanding.

Respectfully,

Tracey Beam

February 13, 2019


Your Honor:


It is my pleasure to write this letter on behalf of Dr. Bing Crosby. I cannot think of Doc without thinking of Dorothy; they are quite the pair. I met them in 1994 while attending church – Dorothy was my Sunday School Teacher and one of the main prayer warriors at church. She would pray and believe for anyone. As I got to know her, I realized through much adversity that she had to trust God.

I really got to know Doc when we worked together on the church's annual horse show. The fundraiser was held to accomplish the church's vision - a place of refuge for abused children. Before partnering with the church, I didn't know Doc on a personal level. I soon learned that anything Doc got involved in, he strived for success – for his practice, for his horses, or our church. I even witnessed him mentor several families in our church as they started small businesses. My husband and I are self-employed so I could relate to his tenacity and drive.

In 1995, after the birth of our 4th child, I started experiencing low back pain and hip issues. Doc was right there to take care of me. I would tell you that I am walking today because of Doc and his healing hands. But Doc hasn't just taken care of me, he has cared for my entire family. My husband's mother lived to be 94, but suffered with Parkinson's Disease. Doc, through treatment and therapy, was able to lengthen as well as increase the quality of her life. There was never a case too difficult and he didn't look at my mother-in-law as "too old" or "too ill" to assist. His positive attitude always echoed, "Bring him/her to me; let me see what I can do to help."

I have watched Doc help anyone and everyone. People whose case appeared hopeless. People who were not able to pay. His generosity knows no bounds. I love that part of his character.

Through our friendship, we have walked in some tough places. We have buried each other's loved one. We have witnessed miracles and suffered defeat. They are not fair-weathered friends. No matter what the circumstances, they have suited up and showed up. I have seen them continually do the next right thing.

In the world of immediate gratification and big Pharma, Doc remains true to his core. He doesn't promote medicine. He believes in the health of the whole body – holistically. He always takes his time and never takes a short cut. I admire his strength. I am blessed to call him my friend.


Best regards,

*[signature]*

502-394-0506

To Whom It May Concern:

My name is Buren Coats; I've known Dr. Crosby for the last 25 years.  I met him and Mrs. Crosby where my family and I attended church.  His wife, Dorothy, was a Sunday School Teacher and aspiring preacher.  Doc, as learned to call him was friendly, and as time passed, we began to grow our friendships.

I learned of his practice when I was in high school; I injured my left elbow.  I went to see him the following day.  He began a rigorous daily therapy/stretching routine.  I didn't have to have an appointment, he <u>always</u> made time and always gave me the best care.  He would even come in early or stay late to accommodate my schedule.  As time went by, Doc helped countless friends, co-workers, family members… really helping Joe Murphy and my mother, Tammy Coats.

Now as an adult, my family has grown.  Doc took the best care of my wife, Whitney.  Her pregnancies are complicated, she suffers from hypertension, high blood pressure and migraines – all related to pregnancy.  Doc learned of her condition and would make weekend office visits to see and help her.  His therapy/adjustments helped tremendously with her issues.  He never asked for anything extra; he genuinely wanted to help.  Doc always goes above and beyond, and I've only even known him to be courteous, helpful, and professional.

Regards,

To Whom it may concern:

I am writing you today in regards to Dr. Bing Crosby who for the last decade has been my faithful chiropractor and friend.  Dr. Crosby has always treated me and my family with the utmost respect and gone above and beyond to make sure we are taken care of, not only in the medical field , but just life in general.  I have never seen him treat anyone in a negative or unprofessional manor. He is truly a fantastic human being, who loves his work and family.

Patrick Yong

5024033507

To Whom This May Concern:

I was introduced to Doc Crosby in 2011 when I hurt my back at work.  I am an automotive mechanic and over the years the physical work finally caught up with me. Doc saw me the very day that I got hurt.  I was in so much pain I could barely walk.  Doc has always had the best attitude and has literally kept me on my feet.

It is hard for me to put into words how much Doc means to me.  He has seen me daily to ensure I was going in the right direction.  I can honestly say he kept me walking.  He has always been there with a helping hand and he has always been honest.

I hate that I can no longer see Doc.  I still need a manual adjustment and due to his knees, he is not able to do that anymore.  I would do anything I could to help him because he has done everything to help me.

Thank you for your time and consideration.

Sincerely,

January 29, 2019

To:  Brian Butler

From:  Pamela H. Stang

Subject:  Reference for Dr. Bing Crosby


It is my pleasure to write this character reference for Dr. Bing Crosby.  I have known Bing for about 13 years.  I am married to his nephew, Kevin.  In these years, I have observed that he is a hard worker in all he does.  He is a loving and compassionate husband, father, grandfather and uncle.  He is the tower of strength for his family.  He is always there to lend a hand to his family and friends whenever needed.  I know we are all human and make bad decisions.  Whatever the problem Bing has, I'm sure he is very sorry.  He is an asset to his church and community.


Sincerely,

Pamela H. Stang
~~9575 Creekside Lane~~
Winchester, KY  40391
859-402-7724

Dear Mr. Brian Butler,

I met Dr. Bing Crosby July of 2017 at Crosby Chiropractic.  I sought consultation and treatment for back pain that I was experiencing.  I had never been to a chiropractor before and was quite apprehensive.  Being a Registered Nurse, I researched and found that Dr. Crosby came highly recommended by two of my nurse co-workers who have been using his services for several years.

Dr. Crosby is very professional, knowledgeable, and has an excellent rapport with people of all ages.  He has displayed professionalism each and every time I have been there.  With each visit, I have felt comfortable, never rushed, or "just a number".

My treatment has been remarkable and I am so appreciative of his care.  If I can be of any further assistance, please let me know.

Sincerely,

Kathy Benford

Louisville, KY 40291

Email:

January 14, 2019

January 19, 2019

To: Brian Butler

From: Kathy Stang

Subject: Reference for Dr. Bing Crosby

It is with great pride and a pleasure to give Dr. Bing Crosby a character reference. Dr. Crosby is my older brother. When I was in grade school, I looked to him as a father figure. We had an alcoholic father. Then as I grew older, I looked to him as a special brother and friend. He was always there when I needed encouragement or a good listening ear. He has been an excellent husband, father and grandfather. He has provided and cared for his family with love and compassion. Bing has always been a good hard worker in his professional and personal life. I have never known a time when he was not willing to help or lend a hand to others when needed. Bing is an asset to his community and church. I know we all make bad decisions in our lifetime and then wish we could back up time. No doubt this is probably one of those times and he's sorry.

Bing has always been a kind and loving brother to me and my family.

Sincerely,

Kathy C. Stang
Winchester, KY  40391
240-464-6692

January 15, 2019

To:  Brian Butler

From:  Thomas D. Stang

Subject:  Reference for Dr. Bing Crosby


It is my pleasure to write this letter of character reference for Dr. Bing Crosby.
Dr. Crosby is my brother-in-law whom I have known for more than 45 years.   Bing has always
been a hard worker no matter what the task whether it be as a doctor or as a home owner.  I
have noticed him being a good and loving husband and father.  I have always known him to be
willing to help or lend a hand to others when needed.  He has a big heart.  I know we all make
bad decisions in our lifetime and whatever is happening here, I'm sure Bing is very sorry.   Bing
is an asset to his church and community.



Sincerely,

Thomas D. Stang
1604 Creekside Lane
Winchester, KY  40391
240-464-6691

January 29, 2019

To:  Brian Butler

From:  Kevin M. Stang

Subject:  Reference for Dr. Bing Crosby

It is my pleasure to write this character reference for Dr. Bing Crosby.  Bing is/and has been my uncle for 35 years.  I have known him to be a hard worker in everything he does.  He is a kind and loving husband, father and grandfather.  He is the tower of strength for his family.  He is always willing to lend a hand to his family and friends.  He has a big heart.  I know at some point in our lifetime we all make bad decisions.  Whatever that problem is, I am sure Bing is very sorry.  Bing is an asset to his church and community.

Sincerely,

Kevin M. Stang
~~975 Creekside~~
Winchester, KY  40391
859-556-2357

1/2019

Jack Freeman
2719 N.Strathford La
Kingwood Texas
77345

I have been ask to write a Letter or recommendation For Dr.Bing Crosby.
Bing is my Brother in law. I have known him for 64 years. I have been
married to his sister Barbara for 53 years so I feel confident that I know
Bing and able to reflect on his character.
I know he is a loving father, grandfather and husband.  His dedication to
his family and providing for them has been paramount in his medical
practice.
We grew up together in Wintersville,Ohio a small town environment  I never
observed Bing demonstrate anything but quality traits. I can only give my
highest character reference to Bing especially knowing he is a God fearing
man.

Your's Truly
Jack Freeman

1-18-19

To whom it may concern,

I have been a patient of Dr. Crosby since the summer of 1985. I had a pinched nerve and low back pain starting in 1983. I went to a surgeon who put me on pain medication and muscle relaxers. They did very little to help. When I started seeing Dr. Crosby I began seeing some relief in about two or three weeks. I was able to get back to working regularly. Anytime I had a problem I would go see Dr. Crosby. Dr. Crosby and his staff were always very polite and professional.

I would highly recommend a Dr. Crosby to anyone who needed to see a chiropractor.

Thank you

Tom Hayden

To,
Mr. Brian Butler

Dated:   January 14, 2019
Subject:  Character reference letter

Your Honor,
I am writing this letter in reference to Dr. Bing Crosby, in regards to his character.
His office is located at 4508 Outer Loop, Louisville, KY 40219.

I would like to introduce myself as Larry M. Peden.  I am retired from GE
Appliances.  I spent 35 years working there as a Product Designer, CAD Instructor,
Course Developer, CAD Support, Project Leader, and an IT Support Leader for the
Global Labs of GE Appliances, GE Lighting, and GE Industrial Systems.

I have known Dr. Crosby since 1981.  I went to see him to provide Chiropractic care
for a back injury, from my teenage years.  I had been injured from a school bus
accident, a farm injury, and from 3 car accidents.  It had been around 10 years
since previous seeing another chiropractor, in southern KY.  I thought my visits to a
doctor for my injuries were over, but I was wrong.

Dr. Crosby gave me an examination and took notice to my pain.  He then treated
me accordingly.  He has always treated me in a very professional manner.  He is
very kind and treats me according to my immediate pain.  He and his office staff
have always given me the best of care.  If not, I would be attending another faculty
and seeing another Chiropractor.  There has not been a single incident of a
complaint against him from me.  He is the doctor, I am the patient.

He is a cheerful and a very helpful person.  If I see him outside of the office, e.g. in a
restaurant, he is very pleasant and friendly to me.

I was shocked to know that he is being charged in a crime. Please let me know if I
can be of further help.

Sincerely yours,

Larry M. Peden
email: peden@twc.com

To Whom it may Concern:

The character of Dr. Crosby has been a joy to work with as a patient for me and my wife for nearly ten years.

His attitude and understanding is without question professional.

The adjustments he recommended  were right on and corrected the issue in a reasonable time-frame with the least about of visits.

Best regards: Phil & Laura Amin.

1

**To: All concerned**                                              **January 13, 2019**

I am writing this letter in defense of my acquaintance Dr. Bing Crosby who I have known for many years.  From the day I met Dr. Crosby, he has been a kind and thoughtful gentleman in every respect.  His kindness and willingness to help me in many matters from finance to health to personal issues, has been and always will be heartfelt by me.  There has never been a time that I have called him that he would not spare the time from his busy schedule to listen to my issue and help me find alternative measures to resolve the issue at hand. He is very intelligent and wise in matters of finance and human kindness and is never to busy to help. Even at times of great time and skill demands in his practice and or his family matters, he has found time to assist me with my problems.

I can not say enough good about this man and I am blessed and honored to be an acquaintance to him and his family.  He has proven to me that there are good human beings amongst us in this fluent and dynamic world we live in because he has no time restrictions when it comes to sharing his kindness and wisdom with those in need. His generosity in helping others is an attribute that all who know him will vouch for. He is truly a kind and loving human being.

**Thank you**

To: All concerned                                    January 13, 2019

I am writing this letter in defense of my acquaintance Dr. Bing Crosby who I have known for many years.  From the day I  met Dr. Crosby, he has been a kind and thoughtful gentleman in every respect.  His kindness and willingness to help me in many matters from finance to health to personal issues, has been and always will be heartfelt by me.  There has never been a time that I have called him that he would not spare the time from his busy schedule to listen to my issue and help me find alternative measures to resolve the issue at hand. He is very intelligent and wise in matters of finance and human kindness and is never to busy to help. Even at times of great time and skill demands in his practice and or his family matters, he has found time to assist me with my problems.

I can not say enough good about this man and I am blessed and honored to be an acquaintance to him and his family.  He has proven to me that there are good human beings amongst us in this fluent and dynamic world we live in because he has no time restrictions when it comes to sharing his kindness and wisdom with those in need. His generosity in helping others is an attribute that all who know him will vouch for. He is truly a kind and loving human being.

Thank you

Karen Graham-Antoniou

January 2019

To: Brian Butler
From: Barbara Faye Freeman
Ref: Bing Crosby, Brother

This is a note regarding my brother, Bing.

Growing up and being almost three years younger, he was always very protective. Everyone always called me "Bing's little sister."

Needless to say he's very good hearted and generous to all his family and friends.

Coming from a low-middle income family, he had to work and pay his own way early in life; which later included working night and day to get is Chiropractic degree.

Whenever he lost his 16 year old son, Tony, in a car wreck, he was never quite the same; but continued to try to do more for his family.

Now that his wife, at age 74, is in the early stages of dementia, he has even more pressure to take care of her and work.

At this time I hope that all involved will take the former incidents and problems into consideration regarding his current tax problems.

Sincerely,

Barbara F. Freeman

DR CROSBY IS NICE, KIND AND LISTENS TO HIS PATIENTS AS FRIENDS. HE HAS HELPED ME SO MUCH WITH MY NECK AND BACK PROBLEMS. HE IS NOT ONLY MY DOCTOR BUT HE IS MY FRIEND.

CARLIS "CORKY" RAYMER

Rev. Margaret French
~~10263 Brookey Drive~~
Louisville, KY 40229

December 18, 2018

To Whom It May Concern,

This letter is a personal recommendation for Dr. Bing Crosby. I have been a patient of Dr. Crosby for several years. I have found him to be of exemplary character.  His capacity to act professionally and within ethical standards is without question.

He is a kind and caring individual and I have always been impressed by his compassion for others. He is an asset to our community in that he generously contributes by giving of his time and talent to those in need.

Yours very truly,

*Rev Margaret W French*

Rev. Margaret French

December 23, 2018

To Whom it May Concern,

I started going to Dr. Crosby in December 1999, after an accident at work. Dr. Crosby accepted me as a patient after another chiropractor turned me down because my insurance was worker's compensation. I have gone to Dr. Crosby on a regular basis ever since then.

My husband started seeing Dr. Crosby shortly after I did for a lower back problem. Dr. Crosby has been nothing but professional since the first day we went to him.

Dr. Crosby tries to help everyone that comes to him. When I first started going to Dr. Crosby, he came into his office to see me twice on weekends. He did not have to do that for me, but he did. Dr. Crosby treats everyone with kindness and professionalism, regardless of who they are.

Sincerely,

J P Knight

Barbara Knight

J.P. and Barbara Knight

To,
Mr. Brian Butler

Dated:   January 14, 2019
Subject:  Character reference letter

Your Honor,
I am writing this letter in reference to Dr. Bing Crosby, in regards to his character.
His office is located at 4508 Outer Loop, Louisville, KY 40219.

I would like to introduce myself as Linda W. Peden.  I am retired from Jefferson
County Public Schools.  I served as a Clerk at different locations in Jefferson
County.

I have known Dr. Crosby for a few years.  My husband has been a patient of his for
several years.  I went to see him to provide Chiropractic care for a back injury.

Dr. Crosby gave me an examination and took notice to my pain.  He then treated
me accordingly.  He has always treated me in a very professional manner.  He is
very kind and treats me according to my immediate pain.  He and his office staff
have always given me the best of care.  If not, I would be attending another faculty
and seeing another Chiropractor.  There has not been a single incident of a
complaint against him from me.  He is the doctor, I am the patient.

He is a cheerful and a very helpful person.  If I see him outside of the office, e.g. in a
restaurant, he is very pleasant and friendly to me.

I was shocked to know that he is being charged in a crime. Please let me know if I
can be of further help.

Sincerely yours,

*Linda W. Peden*

Linda W. Peden
email:  peden52b@gmail.com

December 17, 2018

Mr. Brian Butler;

I have been a patient of Dr. Bing Crosby, D.C. for nearly 15 years after having been referred to him by my mother.  Dr. Crosby asked me when I first went to him, what I expected to receive from the treatments he offered.  My answer to him was to avoid the surgery that another doctor had deemed necessary for the pain I was having down my right leg.  With the treatments I've received, first 3 times a week, then 2 times a week, then weekly, bi-weekly and now once a month, I am mostly pain free and happy with the results.  My insurance accepted Dr. Crosby's charges readily and paid accordingly. Then when I changed to an insurance provider that does not cover Chiropractic services, Dr. Crosby continued to see me and charged only slightly more than my previous co-payment.  I travel over 60 miles to Dr. Crosby's office now and am reluctant to change doctors because of the confidence I have in Dr. Bing Crosby's Chiropractic services.

Sincerely,

Cherie Seadler
Clarkson, Kentucky

# *Performance* **Transmission**

3300 PRESTON HWY LOUISVILLE, KY 40219   502-969-8445

To whom it may concern,

I Ronald Bonczkowski was in a auto accident and did not have insurance but because I am an auto mechanic Dr. Bing Crosby worked with me on payments for my treatment by exchanging some of the cost by letting me fix his vehicle. He has always been kind and considerate to me making sure I was doing ok. As a Doctor I have a lot of respect for him he has always done right by me.

Sincerely,

Ronald Bonczkowski

*Ronald Bonczkowski*

I DEBORAH HAYES HAVE BEEN A PATIENT OF DR. BING CROSBY FOR OVER 2 YEARS NOW AND IN THAT TIME MY MOBILITY HAS IMPROVED TREMIDIOUSLY. HE HAS ALWAYS BEEN KIND AND CARING WITH ME ALWAYS ASKING ABOUT MY FAMILY AND MYSELF. I HAD FALLIN DOWN THE STAIRS AT MY HOUSE ON A SUNDAY AND HE HAD ME COME ON INTO THE OFFICE FOR TREATMENT AND XRAYS TO MAKE SURE NOTHING WAS BROKEN AND WORKED ON MY BACK TO HELP ELIMINATE MY PAIN. THIS WAS A SUNDAY WHEN THE OFFICE IS NORMALLY CLOSED. THERE ARE NO DOCTORS I KNOW OF WHO WOULD CARE ENOUGH ABOUT THIER PATIENTS TO DO SUCH A KIND THING. NORMALLY THEY TELL YOU TO JUST GO TO THE ER AND FOLLOW UP WITH THEM ON MONDAY, BUT DR CROSBY IS A GENUINELY CARING DOCTOR AND I WILL BE FOREVER THANKFUL TO HIM.

THANK YOU

DEBORAH HAYES

1

12/3/2018                                              Yahoo Mail - (No Subject)

## (No Subject)

From:   Jennifer Leathermon (jennlleathermon1176@gmail.com)

To:     April_mahoney@rocketmail.com

Date:   Monday, December 3, 2018, 10:27 AM EST

To Whom It May Concern;

   I have seen Dr. Crosby for about six months now he is very friendly and very compassionate about his patients. He takes the time to find out how I am doing and see if there is anything else that he can do to help with my pain.


            Thank you,


       Jennifer Leathetrmon

TO WHOM IT MAY CONCERN,

I HAVE BEEN A PATIENT OF DR BING CROSBY FOR
MANY YEARS AND HAS NOTHING SHORT OF AN
EXEMPLARY CHARACTER. HE IS KIND AND
COMPASSIONATE. I CAME TO HIM AND NOT ONLY DID
HE HELP ME AS A DOCTOR BUT I NOW CONSIDER HIM
A FRIEND.

THOMAS HAYNES

TO WHOM IT MAY CONCERN:

IN REGUARDS TO DR CROSBYS CHARACTER IN MY OPINION HE IS LIKE
A MORAL COMPASS. HE IS ALWAYS HELPING THOSE IN NEED AND
FINDING WAS TO MAKE THIS WORLD A BETTER PLACE. HE IS A VERY
PERSONABLE PERSON. THERE ARE FAR AND FEW MEN LIKE DR CROSBY
LEFT IN THIS WORLD. THANK YOU


LINDA REARDEN

*Linda Rearden*

1

# Sharon Young



Louisville, KY  40216
502 449-2768
Young27@twc.com

January 31, 2019

Dear Mr. Brian Butler,

I have been a patience of Dr. Crosby's for many years.  He is one of the best doctors.
He's always been very professional and friendly.  He has always helped me when I have
been in pain.  I thank God for him being such a great doctor and friend.

Warm regards,
Sharon Young

Sharon Young

RECEIVED  01/31/2019  07:20PM
5022900256                          p.1

# Orine Mathenia



~~Green Oak Drive~~ Louisville, KY  40258
502 742-1597
Young27@twc.com

January 31, 2019

Dear Mr. Brian Butler,

I have been a patience for Dr. Crosby's for many years.  He is one of the best doctors and a wonderful friend.  He is always there when I need him and I thank God for him.

Warm regards,
Orine Mathenia

*Orine Mathenia*

TO WHOM IT MAY CONCERN:

DR CROSBY HAS BEEN MY DOCTOR FOR A YEAR
NOW AND HE HAS BEEN NOTHING BUT
FRIENDLY AND HELPFUL TO ME. HE AND HIS
STAFF HAVE BEEN WONDERFUL AND CARING,
HELPING ME TO RECOVER FROM A GOLFING
INJURY. I COULD NOT HAVE CHOOSEN A BETTER
CHIROPRACTOR. I WOULD RECOMMEND HIM TO
ANYONE.

JOHN NEVIN

1

To whom it may concern,

I have known DR.Crosby for many years now not only
professionally but also on a personal level. I met Bing on
the equestrian circut. When i injuried myself he immediatly
help no questions asked because that is the kind of person
he is. He is a very upstanding citizen of our community. If
you are in need of futher assistance please let me know.
Thank you for your time

Randy Cole

1

To whom it may concern,

In refference to DR. Crosby i feel he is an outstanding member of our society. He is kind and friendly. I have nothing but good things to say about him. He and his staff have always been warm and welcoming. He has always done what was in my best intrest as far as my care.

Gary Blakely

*Gary Blakely*

1

To whom it may concern

My name is Kathy Clowers and proud to offer my recommendation of Dr Bing Crosby to whom I have Personally Known For 2 yrs as my friend.

During my relationship with Dr Crosby I have experienced an individual who shows up when asked works hard and carries themselves in a polite respectable manner In addition Dr Crosby is a family man who has always presented himself with levelheadedness and grace. It is with great confidence that I recommend Bing as someone who I truly believe possesses the character and judgement for the betterment of our community

Thank You
Kathy Clowers

TO WHOM IT MAY CONCERN,


I HAVE BEEN A PATIENT AND EMPLOYEE TO DR CROSBY AND IN ALL MY YEARS I HAVE NEVER
MET A MORE COMPATIONATE DOCTOR. HE TRULY CARES ABOUT HIS PATIENTS AND DOES HIS
BEST TO HELP THEM OUT IN ANY WAY POSSIBLE. I HAVE SEEN HIM GO ABOVE AND BEYOND TO
HELP HIS PATIENTS ON SEVERAL OCCASIONS. AS AN EMPLOYER HE IS TOUGH BUT FAIR AND I
HAVE TRULY ENJOYED MY TIME WORKING FOR HIM HELPING HIM TO CARE FOR OUR PATIENTS.



APRIL MAHONEY


1

I can confirm that he is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving. Thank you for taking time to read this letter. Kindly consider his situation, DR Crosby is a man of good moral character. It may seem hard to believe in the given circumstances, but this is true nonetheless. I have known him 5 years. In these five years, we have become good friends and I have seen him go through several ups and downs. This has made me believe that he is a decent man at the core. He is bound to leave you with a smile, every time you meet him.king your decision.

Thanks

DR CROSBYS BIGGEST ASSET IS HIS PASSION. WHEN HE IS PASSIONATE ABOUT SOMETHING, IT SHOWS IN HIS APPROACH TO A PARTICULAR TASK, AS WELL AS THE FINAL PRODUCT. HE WASTES NO TIME IN LEARNING WHAT HE THINKS WOULD BENEFIT HIS SKILLS. HE IS NOT THE KIND OF PERSON WHO IS CONTENT WITH KNOWING 'JUST ENOUGH' TO GET BY. HE HAS A THIRST FOR KNOWLEDGE PERTAINING TO HIS JOB AND PASSION, AND HE ENSURES THAT HE IS CONSTANTLY EVOLVING.

THANK YOU

LAURAINE KURNAZ

1

2/19/20109


To Whom It May Concern


I am writing to you on behalf of Dr. Bing Crosby who I have know for over twenty years.  My family and myself have spent a tremendous amount of time in his company and have even traveled to horse shows  along with his family on many occasions .  Dr Crosby has always been a kind giving and honest person.  I have witnessed his kindness and charity many times.  I have seen him leave his own family  dinner on a Sunday when his office was closed to help a patient that was in pain and needed his help.  Dr Crosby has always been a huge supporter of the church as well.


Best Regards

*Phyllis Webb*

Phyllis Webb