UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                                            CRIMINAL ACTION NO. 3:18CR-85-DJH

BINGSTON CROSBY                                                         DEFENDANT

\*\*\*\*\*

### ORDER

Defendant Bingston Crosby, by counsel, having moved to file a redacted sentencing memorandum, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to File a Redacted Sentencing Memorandum is GRANTED.

April 24, 2019

**David J. Hale, Judge**
**United States District Court**