UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**FILED**
VANESSA L. ARMSTRONG, CLERK
APR 29 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,      Plaintiff,

v.      Criminal Action No. 3:18-cr-085-DJH

BINGSTON CROSBY,      Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

April 29, 2019            *[signature: B. Crosby]*
Date            Defendant's Signature