UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH                                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                                  PLAINTIFF

vs.

BINGSTON CROSBY                                                            DEFENDANT
(A/K/A HIS ALTER EGO: CROSBY CHIROPRACTIC CENTER, INC.)

and

BB&T
and its successors and assigns                                            GARNISHEE

### ANSWER OF GARNISHEE, BB&T

___Gina Hunt_____, BEING DULY SWORN AND STATES UNDER
Affiant's Printed Name

OATH:

That he/she is the ___IRS Regulatory Specialist_____
                                              Title

of Garnishee, BB&T.

Garnishee was served with the Writ of Continuing Garnishment on

___December 21, 2020_____.
       Month / Date / Year

> Truist Bank f.k.a Branch
> Banking and Trust Company
> ____ No Funds
> _X__ No Accounts
> Processed by:
> Gina Hunt on Dec 21, 2020

The garnishee has custody, control or possession of monies or property in which the debtor maintains an interest, as described below:

| **Description of Property and Debtor's Interest In Property (Including Account Numbers)** | **Approximate Value As of Date of Service** |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |

Check the applicable line below if you deny you hold property subject to this Writ of Continuing Garnishment:

_____ The garnishee makes the following claim of exemption on behalf of the defendant: _____.

_____ The garnishee has the following objections, defenses, or set-offs to plaintiff's claim: _____.

**X** As of the date of this Writ the garnishee was not indebted or under liability to the defendant, and the garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the garnishee has an interest; and is in no manner liable as garnishee in this action.

The garnishee certifies that the original answer was mailed to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202 and copies were sent to the defendant's last known address and to the United States Attorney's Office, Attn: Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202.

_Gina Hunt_  
Garnishee

December 21, 2020  
Date

Garnishee's direct phone number: (910) 272-4247

Garnishee's fax number: (910) 272-2725

Garnishee's email address: bbtlegalprocesses@bbandt.com

Subscribed and sworn to before me this 21st day of December, 20 20.

_Karen S. McLean_  
Notary Public (Seal)

Commission Expires:

> KAREN S. MCLEAN
> NOTARY PUBLIC
> Robeson County
> North Carolina
> My Commission Expires    April 22, 2022

