UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.

BINGSTON CROSBY                                              DEFENDANT
(A/K/A HIS ALTER EGO: CROSBY CHIROPRACTIC CENTER, INC.)

and

REPUBLIC BANK & TRUST COMPANY
and its successors and assigns                               GARNISHEE

### ANSWER OF GARNISHEE, REPUBLIC BANK & TRUST COMPANY

_Jamie J. Portman_____, BEING DULY SWORN AND STATES UNDER
Affiant's Printed Name

OATH:

That he/she is the __Research Specialist_____
                                    Title

of Garnishee, Republic Bank & Trust Company.

Garnishee was served with the Writ of Continuing Garnishment on
___12___ __18__ __2020__.
Month / Date / Year

Republic Bank - _____  12-23-20 _____
Garnishee                                          Date

Garnishee's direct phone number: 502 588-8973

Garnishee's fax number: 502-561-7104

Garnishee's email address: _____

Subscribed and sworn to before me this __23__ day of __December__, 20__20__.

_____
Notary Public (Seal)

Commission Expires: __5-19-2021__

*[Notary seal: LAVERN F. DEEDS, JR., NOTARY PUBLIC, STATE AT LARGE, KENTUCKY, NOTARY ID # 579595, MY COMMISSION EXPIRES MAY 19, 2021]*

3

The garnishee has custody, control or possession of monies or property in which the debtor maintains an interest, as described below:

| **Description of Property and Debtor's Interest In Property (Including Account Numbers)** | **Approximate Value As of Date of Service** |
|---|---|
| Checking - Crosby Chiropractic - S6643047 | $ .24 |
| Checking - Crosby Chiropractic - S6643055 | $ 3.37 |
| Checking - Dr Bing Crosby - 59190965 - Debtor in Possession BK - opened in 9/25/19 - No Funds Being Held. | |

Check the applicable line below if you deny you hold property subject to this Writ of Continuing Garnishment:

____ The garnishee makes the following claim of exemption on behalf of the defendant: _____.

____ The garnishee has the following objections, defenses, or set-offs to plaintiff's claim: _____.

____ As of the date of this Writ the garnishee was not indebted or under liability to the defendant, and the garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the garnishee has an interest; and is in no manner liable as garnishee in this action.

The garnishee certifies that the original answer was mailed to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202 and copies were sent to the defendant's last known address and to the United States Attorney's Office, Attn: Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202.

2



**REPUBLIC BANK**
www.republicbank.com
Member FDIC

601 West Market Street
Louisville, KY 40202-2700
Address Service Requested

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 DEC 30   PM 12:47



US POSTAGE
$000.41
PRSRT First-Class
XX12-24-2020  CIN OH 452  ZIP 40202
12/23/2020
035A 0091800107

UNITED STATES DISTRICT COURT
GENE SNYDER COURTHOUSE
601 W BROADWAY, 1ST FLOOR
LOUISVILLE, KY 40202

52  JTK-NAB  40202