UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA												PLAINTIFF

v.												CRIMINAL ACTION NO. 3:18-CR-85-DJH

LACY BLACK												DEFENDANT

## MOTION TO DISMISS
*- ELECTRONICALLY FILED -*

Comes the United States of America, by and through counsel, and moves this Court to dismiss the Indictment filed against the above-named defendant. The Indictment in this case was filed on June 25, 2018, charging the defendant with one count of Conspiracy to commit Health Care Fraud and one count of Offering or Paying Health Care Kickbacks. On July 26, 2019, an Agreed Order deferring this matter for 18 months was entered.   Since that time, the defendant has successfully completed the period of pre-trial diversion in this district.   In accordance with the Pre-trial Diversion Agreement filed in this action, the defendant, Lacy Black, is eligible to have the charges against him dismissed with prejudice pursuant to Fed. R. Crim. P. 48(a).

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*/s/ Joseph Ansari*
Joseph Ansari
Lettricea Jefferson-Webb
Assistant United States Attorneys
717 West Broadway
Louisville, Kentucky 40202
PH:    (502) 582-5911

## **CERTIFICATE OF SERVICE**

It is hereby certified that on January 29, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to the Attorney(s) of Record.

*/s/ Joseph Ansari*
Joseph Ansari
Assistant United States Attorney