UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                            CRIMINAL ACTION NO. 3:18-CR-85-DJH

LACY BLACK                                                          DEFENDANT

## ORDER DISMISSING INDICTMENT WITH PREJUDICE

Upon motion of the United States of America filed herein, and for the reasons stated,

**IT IS ORDERED** that the Indictment charging the defendant, Lacy Black, with violations of Title 18, United States Code, Sections 1347 and 1349, and Title 42, United States Code, Section 1320a-7b is hereby **DISMISSED WITH PREJUDICE** as to this defendant.

Tendered By:

Joseph R. Ansari
Lettricea Jefferson-Webb
U.S. Attorney's Office
717 W. Broadway
Louisville, KY 40202
Phone: 502/582-6253
Fax: 502/625-7110