UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

MAY 19 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

COURT NO. 3:18-CR-85-1-DJH

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.

BINGSTON CROSBY                                                   DEFENDANT

## MOTION TO QUASH SUBPOENA

Comes customer and moves the Court to quash the subpoena served by the United States on Silver Lining Stable, LLC, dated May 5, 2021.

In support of the motion, the undersigned submits the attached Affidavit.

_Nicole Reash_
Customer

_205 Salyers Ln_
Street Address

_Waddy Ky 40076_
City, State, Zip Code

_502 295 6683_
Telephone Number

```
NICOLE REASON                         1 LBS        1 OF 1
(502) 295-6683                        SHP WT: 1 LBS
THE UPS STORE #1414                   DATE: 18 MAY 2021
STE 402
1303 US HIGHWAY 127 S
FRANKFORT  KY 40601-4385

SHIP  GENE SNYDER COURTHOUSE
TO:   UNITED STATES DISTRICT COURT
      1ST FLOOR
      601 W BROADWAY

      LOUISVILLE  KY 40202

                    KY 402 9-01

UPS GROUND
TRACKING #: 1Z XV6 798 03 1186 2692

BILLING: P/P
```



JAMES J. VILT, JR. - CLERK

MAY 19 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

