UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
MAY 19 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

COURT NO. 3:18-CR-85-1-DJH

UNITED STATES OF AMERICA             PLAINTIFF

vs.

BINGSTON CROSBY                       DEFENDANT

**AFFIDAVIT OF CUSTOMER**

I, _Nicole Reason_, am a customer of the financial institution from which my financial records have been sought;

**Check those below that apply:**

☑ The financial records sought by the Government are not relevant to the legitimate law enforcement inquiry stated by the Government in its Notice for the following reasons: _Bing Crosby has no affiliation with my personal or business financial or otherwise records. He is only my father._

☑ Customer believes there has not been substantial compliance with the provisions of the Right of Financial Privacy Act, 12 U.S.C. § 3401 et seq. for the following reasons: _My father does not have anything to do with my business or personal records, finances etc._

_Nicole Reason_
AFFIANT

STATE OF ___Kentucky___

COUNTY OF ___Meade___

SUBSCRIBED AND SWORN to before me by ___Nicole Reason___, Affiant, this ___15___ day of ___May___, 20_21_.

___[signature]___
NOTARY PUBLIC

My Commission Expires: ___10-28-21___

ID Number: ___589302___

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion and Affidavit were on this __17th__ day of __May__, 20__21__, served by __USPS UPS__ (circle one: hand delivery / (certified) mail / registered mail / FedEx) to:

Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202

_____
Customer