UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH

*ELECTRONICALLY FILED*

UNITED STATES OF AMERICA  —  PLAINTIFF

vs.

BINGSTON CROSBY  —  DEFENDANT

and

ONE AMERICA
and its successors and assigns  —  GARNISHEE

FILED
JAMES J. VILT, JR. - CLERK
MAY 24 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**ANSWER OF GARNISHEE, ONE AMERICA**

_Daniel Holm_, BEING DULY SWORN AND STATES UNDER
Affiant's Printed Name

OATH:

That he/she is the _Sr. Operations Associate_
                                        Title

of Garnishee, One America.

Garnishee was served with the Writ of Continuing Garnishment on
04/22/2021.
_____
Month / Date / Year

The garnishee has custody, control or possession of monies or property in which the debtor maintains an interest, as described below:

| Description of Property and Debtor's Interest In Property (Including Account Numbers) | Approximate Value As of Date of Service |
|---|---|
| Whole Life Insurance 07202740020 | $ 10,025.58 |
|  | $ |

Check the applicable line below if you deny you hold property subject to this Writ of Continuing Garnishment:

_____ The garnishee makes the following claim of exemption on behalf of the defendant: _____.

_____ The garnishee has the following objections, defenses, or set-offs to plaintiff's claim: _____.

_____ As of the date of this Writ the garnishee was not indebted or under liability to the defendant, and the garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the garnishee has an interest; and is in no manner liable as garnishee in this action.

The garnishee certifies that the original answer was mailed to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202 and copies were sent to the defendant's last known address and to the United States Attorney's Office, Attn: Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202.

Daniel E Kolm

Garnishee

5/18/21

Date

Garnishee's direct phone number: 317-285-1527

Garnishee's fax number: 317-285-1593

Garnishee's email address: daniel.kolm@oneamerica.com

Subscribed and sworn to before me this 05/18/2021 day of _____, 20____.

Janice C Hall

Notary Public (Seal)

Commission Expires: 04/20/2028



JANICE C HALL
COMMISSION NUMBER NP0726364
MY COMMISSION EXPIRES
APRIL 20, 2028

Notarized online using audio-video communication



**OneAmerica Financial Partners, Inc.**
One American Square, P.O. Box 368
Indianapolis, IN 46206-0368

**RETURN SERVICE REQUESTED**





neopost
05/19/2021
US POSTAGE $000.39⁸

FIRST-CLASS MAIL
AUTO

PRESORTED FIRST-CLASS

ZIP 46202
041M12251512



U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAY 24 2021

UNITED STATES DISTRICT COURT
GENE SNYDER COURTHOUSE
601 W BROADWAY 1ST FLOOR
LOUISVILLE KY 40202

10-15958B  Rev. 4/06

12   20/05  BMDRN5B  40202