UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH

UNITED STATES OF AMERICA            PLAINTIFF

vs.

BINGSTON CROSBY            DEFENDANT

and

CONTINENTAL LIFE INSURANCE COMPANY of BRENTWOOD, TENNESSEE
And its successors and assigns            GARNISHEE

**ANSWER OF GARNISHEE, CONTINENTAL LIFE INSURANCE COMPANY of BRENTWOOD, TENNESSEE**

__Russell H. Workman__, BEING DULY SWORN AND STATES UNDER OATH:
    Affiant's Printed Name

OATH:

1. That he is the **Vice President** of Garnishee, Continental Life Insurance Company of Brentwood, Tennessee.

2. Garnishee was served with the Writ of Continuing Garnishment on April 20, 2021.

3. The Garnishee does not have any custody, control or possession of monies or property in which the defendant maintains an interest.

4. The Garnishee has issued health insurance coverage to the defendant, who possesses both policies. The insurance has no cash value, as described below:

| **Description of Property and Debtor's Interest In Property (Including Account Numbers)** | **Approximate Value As of Date of Service** |
|---|---|
| **Home Care indemnity insurance policy #CLI2214814** | $ **None** |
| **Hospital Indemnity insurance policy # CLI2270013** | $ **None** |

Check the applicable line below if you deny you hold property subject to this Writ of Continuing Garnishment:

_X_ As of the date of this Writ the Garnishee was not indebted or under liability to the defendant, and the Garnishee did not have in its possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee certifies that the original answer was mailed to United States District Court, Gene Snyder Courthouse, 601 W. Broadway, 1st Floor, Louisville, KY 40202, and copies were sent to the defendant's last known address and electronically to the United States Attorney's Office, Attn: Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202.

CONTINENTAL LIFE INSURANCE COMPANY OF BRENTWOOD, TENNESSEE    May 28, 2021
_____
Garnishee                                                                  Date

Garnishee's direct phone number: **(615) 807-7633**

Garnishee's email address: **workmanr2@AETNA.com**

Subscribed and sworn to before me this _28_ day of May, 2021.

_____
Notary Public (Seal)

Commission Expires: 02/04/23

[Notary Seal: ANGELA M. WIMPELBERG, STATE OF TENNESSEE, NOTARY PUBLIC, WILLIAMSON COUNTY]

**Extremely Urgent**

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must we... UPS Express Envelopes containing items other than tho... be billed by weight.

**Inte...**
- T... or documents of no commercial v... edia as documents. Visit u... ent is classified as a document.
- ... Envelope must weigh 8 oz. or less ... oz. will be billed by weight.
- ... ed for shipments of electronic med... breakable items. Do not send cash

UNITED STATES DISTRICT COURT
601 W BROADWAY
FL 1
LOUISVILLE KY 40202-2211

P: PD13   S: 494   I: RT
901-2610                    1200
1Z01F587019116   7435
DUT4CKG   KYACD6D2UDC MAY 29 08:52:27 2021
US 4016   HIP 20.3.0   ZP450S

0.1 LBS LTR   1 OF 1

KEVIN HATHAWAY
615-807-7675
FRANKLIN, TN (1021)
1021 REAMS FLEMING BOULEVARD
FRANKLIN TN 37064

SHIP TO:
GENE SNYDER COURTHOUSE
UNITED STATES DISTRICT COURT
1ST FLOOR
601 W. BROADWAY
**LOUISVILLE KY 40202-2238**

**Window Envelope**
Use this envelope with shipping documents printed from a lase... or inkjet printer on plain paper.

https://www.campusship.u...

100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain R... the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance wit...

This envelope is for use with the following services:   **UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

**Insert shipping documents under window from the top.**

Do not use this envelope for:

UPS Ground



om/cship/create?ActionOriginPair=default___PrintWindow...   5/28/2021

lating to International Carriage by Air (the "Warsaw Convention") and/or
Export Administration Regulations. Diversion contrary to U.S. law prohibited.

0101951033  4/14  PAC  United Parcel Service

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

21 JUN -1 PM 1:47

