# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                                                                            Case No. 3:18-cr-85-1-DJH

BINGSTON CROSBY                                                                                                 DEFENDANT

## UNITED STATES'S RESPONSE TO MOTION TO QUASH SUBPOENA

The United States, by counsel, hereby files its response to the Motion to Quash Subpoena filed by Nicole Reason in the within matter. On May 5, 2021, the United States issued a subpoena to Nicole Reason, requesting certain documents relating to the Defendant. On May 19, 2021, Ms. Reason filed a Motion to Quash the subpoena. (DN 69, Motion to Quash Subpoena.) The United States has spoken with Ms. Reason and both the United States and Ms. Reason agree that the United States will hold the response to the subpoena issued to Ms. Reason in abeyance, pending further disposition of this matter. The United States will contact Ms. Reason should it require the production of the requested documents.

                                                          Respectfully submitted,

                                                          MICHAEL A. BENNETT
                                                          Acting United States Attorney


                                                          *s/ Nicole S. Elver*
                                                          Nicole S. Elver
                                                          Assistant United States Attorney
                                                          717 West Broadway
                                                          Louisville, KY 40202
                                                          Phone No. (502) 582-6893
                                                          Fax No. (502) 625-7110

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record. The United States will also serve a copy upon the movant by Federal Express, at

Nicole Reason
205 Salyers Lane
Waddy, KY 40076

                                            s/ *Nicole S. Elver*
                                            Nicole S. Elver