# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-85-DJH

BINGSTON CROSBY,     Defendant.

* * * * *

## ORDER

Nicole Reason moved to quash a subpoena issued in this matter. (Docket No. 69) In response, the United States reports that it "has spoken with Ms. Reason and both the United States and Ms. Reason agree that the United States will hold the response to the subpoena issued to Ms. Reason in abeyance, pending further disposition of this matter." (D.N. 72, PageID # 681) The government further states that it "will contact Ms. Reason should it require the production of the requested documents." (*Id.*) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the motion to quash (D.N. 69) is **DENIED** without prejudice as moot.

June 8, 2021

David J. Hale, Judge
United States District Court

1