UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH                          ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.

BINGSTON CROSBY                                                        DEFENDANT

and

STOCKYARDS BANK & TRUST COMPANY
and its successors and assigns                                         GARNISHEE

### MOTION FOR TERMINATION OF CONTINUING GARNISHMENT

Comes the Plaintiff, United States of America, by counsel, and moves the Court for an Order terminating the Writ of Continuing Garnishment as to Stockyards Bank & Trust Company.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney


 s/ Nicole S. Elver
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No. (502) 582-5166
Fax No. (502) 625-7110

**CERTIFICATE OF SERVICE**

      I hereby certify on June 30, 2021, that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

Bingston Crosby
Louisville, KY 40291

                                            s/ Nicole S. Elver
                                            Nicole S. Elver
                                            Assistant United States Attorney