UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | |
| BINGSTON CROSBY | DEFENDANT |
| and | |
| STOCKYARDS BANK & TRUST COMPANY and its successors and assigns | GARNISHEE |

**ORDER TERMINATING CONTINUING GARNISHMENT**

Based upon the Motion filed herein, and pursuant to 28 U.S.C. § 3205(c)(10)(A),

IT IS ORDERED that the Writ of Continuing Garnishment as to Stockyards Bank & Trust Company is hereby terminated.

cc:   Nicole S. Elver
      Assistant United States Attorney

      Defendant

Tendered By:
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-5166
Fax: (502) 625-7110