UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH          *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                              PLAINTIFF

vs.

BINGSTON CROSBY                                        DEFENDANT

and

ONE AMERICA
and its successors and assigns                         GARNISHEE

## CERTIFICATION OF SERVICE
## OF DOCUMENTS ON JUDGMENT DEBTOR

Pursuant to 28 U.S.C. §§ 3004(c) and 3205(c)(3)(A), the United States of America, hereby certifies that the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Clerk's Notice to Debtor Regarding Garnishment, and the instructions required by 28 U.S.C. § 3205(c)(3)(B) were served upon the judgment debtor by FedEx, on April 26, 2021.

Dated: August 19, 2021

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*s/ Nicole S. Elver*
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No. (502) 582-5166
Fax No. (502) 625-7110

## CERTIFICATE OF SERVICE

      On August 19, 2021, the foregoing was served on the Defendant via first-class mail addressed to the Defendant's last known address.

      *s/ Nicole S. Elver*
      Nicole S. Elver
      Assistant United States Attorney