UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| COURT NO. 3:18-CR-85-1-DJH | ***ELECTRONICALLY FILED*** |
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | |
| BINGSTON CROSBY | DEFENDANT |
| and | |
| ONE AMERICA<br>and its successors and assigns | GARNISHEE |

**CERTIFICATION OF SERVICE OF DOCUMENTS ON GARNISHEE**

Pursuant to 28 U.S.C. §§ 3004(c) and 3205(c)(3)(A), the United States of America, hereby certifies that the Application for Writ of Continuing Garnishment, Writ of Continuing Garnishment, Clerk's Notice to Debtor Regarding Garnishment, and the instructions required by 28 U.S.C. § 3205(c)(3)(A) were served upon the Garnishee by FedEx, on April 19, 2021.

Dated: August 19, 2021

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

*s/ Nicole S. Elver*
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No. (502) 582-5166
Fax No. (502) 625-7110

## CERTIFICATE OF SERVICE

      On August 19, 2021, the foregoing was mailed to the Defendant to the Defendant's last known address.

                                                *s/ Nicole S. Elver*
                                                Nicole S. Elver
                                                Assistant United States Attorney