UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH                          ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.

BINGSTON CROSBY                                                   DEFENDANT

and

ONE AMERICA
and its successors and assigns                                   GARNISHEE

## FINAL ORDER OF GARNISHMENT

A Writ of Continuing Garnishment, directed to Garnishee, One America, has

been duly issued and served upon the Garnishee.  Pursuant to the Writ of

Continuing Garnishment, the Garnishee filed an answer stating that at the time of

service of the Writ the Garnishee had in its possession or under its control personal

property belonging to and due Defendant, and at that time Garnishee was indebted

to Defendant in the sum of $10,025.58.

On April 26, 2021, the Defendant was notified of his right to a hearing but

did not request a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee shall liquidate the sum of **$6,949.54** and

forward a check to the United States District Court.  This Order also serves as a

Release.  **Payment must be made payable and mailed to: United States District Court, Gene Snyder Courthouse, 601 W. Broadway, Room 106, Louisville, KY 40202.**

October 4, 2021

**David J. Hale, Judge**
**United States District Court**

Tendered By:

Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No: (502) 582-5166
Fax No: (502) 625-7110

cc:     USDC Finance
        Garnishee
        Defendant

2