UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH  *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.

BINGSTON CROSBY                                                   DEFENDANT

and

ONE AMERICA
and its successors and assigns                                    GARNISHEE

**MOTION FOR TERMINATION OF CONTINUING GARNISHMENT**

Comes the Plaintiff, United States of America, by counsel, and moves the Court for an Order terminating the Writ of Continuing Garnishment as to One America. In support of this motion, the United States avers that the debt of Bingston Crosby has been satisfied. 28 U.S.C. § 3205(c)(10)(C).

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


 s/ Nicole S. Elver
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone No. (502) 582-5166
Fax No. (502) 625-7110

## CERTIFICATE OF SERVICE

      I hereby certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants on December 7, 2021:

Bingston Crosby
Louisville, KY 40291

                                        s/ Nicole S. Elver
                                        Nicole S. Elver
                                        Assistant United States Attorney