UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO. 3:18-CR-85-1-DJH

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.

BINGSTON CROSBY                                             DEFENDANT

and

ONE AMERICA
and its successors and assigns                             GARNISHEE

**ORDER TERMINATING CONTINUING GARNISHMENT**

Based upon the Motion filed herein, and pursuant to 28 U.S.C.

§ 3205(c)(10)(A),

IT IS ORDERED that the Writ of Continuing Garnishment as to One

America is hereby terminated.

January 4, 2022

**David J. Hale, Judge**
**United States District Court**

cc:   Nicole S. Elver
      Assistant United States Attorney

      Defendant

Tendered By:
Nicole S. Elver
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-5166
Fax: (502) 625-7110